ALBRIGHT, STODDARD, WARNICK & ALBRIGHT,
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
801 South Rancho Drive
Las Vegas, NV  89106-3854
Telephone:  702/384-7111
702/384-0605 (fax)

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
PAUL J. GELLER
JONATHAN M. STEIN
STUART A. DAVIDSON
CULLIN A. O'BRIEN
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. BLAKE MURCHISON,<br><br>             Plaintiff,<br><br>vs.<br><br>STATION CASINOS, INC., FERTITTA COLONY PARTNERS, LLC, FERTITTA PARTNERS, LLC, COLONY CAPITAL, LLC, FRANK J. FERTITTA, III, LORENZO J. FERTITTA, THOMAS J. BARRACK, JR., JONATHAN H. GRUNZWEIG, JAMES E. NAVE, D.V.M, THOMAS M. FRIEL, SCOTT M. NIELSON, and KEVIN L. KELLEY,<br><br>             Defendants. | Case No. 09-cv-00293<br><br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF** |

COMES NOW, Plaintiff, S. BLAKE MURCHISON (hereinafter referred to as "Plaintiff") by and through his undersigned counsel of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and since no Answer or Motion for Summary Judgment having been filed by Defendants in response to the First Amended Complaint, no trial date having been set by this Court, and no class having been certified in this matter, the above-entitled action against Defendants STATION CASINOS, INC., FERTITTA COLONY PARTNERS, LLC, FERTITTA PARTNERS, LLC, COLONY CAPITAL, LLC, FRANK J. FERTITTA, III, LORENZO J. FERTITTA, THOMAS J. BARRACK, JR., JONATHAN H. GRUNZWEIG, JAMES E. NAVE, D.V.M, THOMAS M. FRIEL, SCOTT M. NIELSON, and KEVIN L. KELLEY is hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiff herein authorizes and directs the Clerk of this Court to enter a Dismissal Without Prejudice of all Defendants.

DATED this 5th day of May, 2009.

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 009634
801 South Rancho Drive
Las Vegas, NV 89106-3854
Telephone: 702/384-7111
702/384-0605 (fax)

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
PAUL J. GELLER
JONATHAN M. STEIN
STUART A. DAVIDSON
CULLIN A. O'BRIEN

- 3 -

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

CAULEY LAW FIRM, PLLC
S. GENE CAULEY
RICHARD E. WALDEN
8201 Cantrell Rd., Suite 315
Little Rock, AR 72221
Telephone: 501/748-4835

*Attorneys for Plaintiff and the Class*